[No. 13071-8-II. Division Two. March 21, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK A. MCKINLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88-1-03504-2, Nile E. Aubrey, J., entered July 21, 1989. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Petrich, A.C.J., and Morgan, J.

[No. 10526-1-III. Division Three. March 21, 1991.]

*In the Matter of the Marriage of* CARL J. ORESKOVICH, *Respondent, and* MITRIANN ORESKOVICH, *Appellant.*

Appeal from a judgment of the Superior Court for Whitman County, No. 88-3-00117-2, Wallis W. Friel, J., entered December 19, 1989. *Affirmed* by unpublished opinion per Shields, A.C.J., concurred in by Munson and Thompson, JJ.

[Nos. 10223-8-III; 10224-6-III; Division Three. March 21, 1991.] 10225-4-III.

THE STATE OF WASHINGTON, *Respondent,* v. JUAN ORTEGA CARO, *Appellant.*

Appeals from judgments of the Superior Court for Yakima County, Nos. 88-1-00626-7, 88-1-01633-5, 89-1-00587-1, Stephen M. Brown, J., entered August 4, 1989. *Reversed* by unpublished opinion per Green, C.J., concurred in by Thompson and Shields, JJ.